**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.  CASE NO. 1:12-cr-33-MW/GRJ

**ROGER EDWARD GILES,**

      **Defendant.**

_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 86, filed March 21, 2013, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of Guilty of the Defendant, Roger Edward Giles, to Count One and Count Two of the Indictment is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on March 25, 2013.

                                                    s/Mark E. Walker
                                                  United States District Judge