IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:12cr33-MW/GRJ-3

ROGER EDWARD GILES,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 124. Upon consideration, no objections having been filed by Defendant,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion under 28 U.S.C. § 2255 or Alternatively Under 28 U.S.C. § 2241, ECF No. 122, is **DENIED** and **DISMISSED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on September 30, 2015.

                                                      s/Mark E. Walker                
                                                      **United States District Judge**