UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    VS                                                  CASE NO.  1:12cr33-3 MW/GRJ

ROGER EDWARD GILES,

**JUDGMENT**

Defendant's Motion under 28 U.S.C. § 2255 or Alternatively Under 28 U.S.C. § 2241, ECF No. 122, is **DENIED** and **DISMISSED**. A certificate of appealability is **DENIED**.

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

                                          *s/ TiAnn Stark*

September 30, 2015
DATE                                       Deputy Clerk: TiAnn Stark