# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – INITIAL APPEARANCE ON VIOLATION

**Case #:** 1:12cr33-2 AW/ML             **Time Commenced:** 2:03 p.m.
**Date:** 8/14/2024             **Time Concluded:** 2:08 p.m.

---

**DOCKET ENTRY:** INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASE

---

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Stephen Billig | GNV DCR 2024 | Gary Milligan via Zoom | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**        **Attorney for Defendant:**

**(1) ROGER EDWARD GILES**             **(1) DARREN JAMES JOHNSON**
__X__ present __X__ custody ____ bond ____ O/R      __X__ present __X__ appointed ____ retained ____ pro bono

- __x__ Defendant advised that he/she is before a U.S. Magistrate Judge
- __x__ Defendant advised of charges, penalties and fines
- __x__ Defendant advised of right to remain silent and consult with an attorney before making any statement
- __x__ Defendant advised of right to hire counsel, or have counsel appointed
- __x__ Defendant executed a CJA Form and swears that it's correct
- __x__ Defendant questioned regarding financial status
- __x__ Federal Public Defender appointed
- ____ CJA attorney _____ appointed
- ____ Defendant financially able to employ counsel
- ____ Parties advised of Brady Disclosure Requirements
- ____ Defendant advised of right to a Preliminary Hearing
- __x__ Defendant waived Preliminary Hearing
- ____ Preliminary Hearing held ____ scheduled for: _____
- ____ Defendant advised of his/her right to reasonable bail
- __x__ Government does/ ____ does not move for detention
- ____ Gvt./dft. moves for continuance of detention hearing
- __x__ Detention hearing waived without prejudice
- ____ Detention hearing set for _____ before Magistrate Judge Midori Lowry
- ____ Bond set: $ 5,000.00 unsecured bond (see order setting conditions of release)
- ____ Defendant released on terms and conditions previously imposed
- __x__ Defendant advised of right of Revocation Hearing
- __x__ Defendant remanded to custody of USM pending further proceedings
- __x__ Revocation Hearing set for: 9/17/2024 at 10:30 a.m. before the Honorable Allen Winsor

                                                                 **Initials of Deputy Clerk:** __atm__